# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| JAMIE D. WALLER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:24-cv-01592-MHH-SGC |
| JONATHAN W. HORTON, *Sheriff*, | ) ) ) |
| Respondent. | ) ) |

## **MEMORANDUM OPINION**

On January 16, 2025, the magistrate judge entered a report in which she recommended that the Court dismiss this matter for failure to prosecute. (Doc. 5). The magistrate judge advised Mr. Waller of his right to object to the recommendation. (Doc. 5). To date, the Court has not received objections.

After reviewing the materials in the electronic docket in this case, the Court adopts magistrate judge's report and accepts her recommendation. Consistent with that recommendation, by separate order, the Court will dismiss this matter without prejudice for failure to prosecute. The Court declines to issue a certificate of appealability.[1]

---

[1] Pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Mr. Waller may request a certificate of appealability from the Eleventh Circuit Court of Appeals. Fed. R. App. P. 22(b); 11th Cir. R. 22-1.

**DONE** and **ORDERED** this February 10, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE